IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    CASE NO. 4:12-CR-40033-001

ALFREDO ESTRADA RANGEL                                      DEFENDANT

## **ORDER**

Before the Court is a Motion to Dismiss Indictment Without Prejudice filed by the United States of America. (ECF No. 22). Pursuant to Fed. R. Crim. P. 48(a), the United States moves the Court to dismiss the Indictment filed on October 11, 2012. Accordingly, the Indictment filed in this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 11th day of January, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge